UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THERESA PAVIA )<br>    Plaintiff, )<br> ) <br>V. )<br> )<br>CITY OF BRIDGEPORT )<br>    Defendant ) | CIVIL ACTION NO<br><br>3:12-cv-00219-JGM<br><br><br><br>NOVEMBER 18, 2014 |

## **PLAINTIFF'S MOTION TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 7(e), the undersigned hereby moves to withdraw his appearance on behalf of the plaintiff based upon the following:

1) This action was commenced on February 10, 2012.

2) The relationship and communication between the plaintiff and counsel has broken down so irreparably and significantly that counsel does not believe that he or any attorney in his firm can practically or ethically continue to represent the plaintiff.

          By /s/ Christopher D. Hite
          Rosenberg & Press, LLC
          2051 Main Street
          Stratford, CT 06614
          Fed. Bar No. 27600
          (203) 870-6700

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was sent via electronic mail and certified mail, return receipt requested on any party unable to receive electronic mail on the 18th day of November, 2014 to:

Betsy Edwards, Esq.
Associate City Attorney
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604
Tel: 203-576-7647
Fed Bar #27820

Theresa Pavia
96 Chatham Terrace
Bridgeport, CT 06606

                      By /s/ Christopher D. Hite
                     Rosenberg & Press, LLC
                     2051 Main Street
                     Stratford, CT 06614
                     Fed. Bar No. 27600
                     (203) 870-6700

**[Type text]**